**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GALO GUERRERO ARIZAGA,

      Petitioner,

v.

TODD BLANCHE, in his official capacity as
Acting Attorney General of the United
States; MARKWAYNE MULLIN, in his
official capacity as Secretary of the U.S.
Department of Homeland Security; ACTING
DIRECTOR, U.S. Immigration and Customs
Enforcement; MARY DE ANDA YBARRA,
in her official capacity as El Paso Field Office
Director, U.S. Immigration and Customs
Enforcement; and WARDEN of the Torrance
County Detention Center,

      Respondents.

Case No. 1:26-cv-01738-MIS-SCY

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Petitioner Galo Guerrero Arizaga and against Respondents Todd

Blanche, Markwayne Mullin, Acting Director, U.S. Immigration and Customs Enforcement, Mary

De Anda-Ybarra, and Warden, Torrance County Detention Center.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE